UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KEYBANK NATIONAL ASSOCIATION,

Plaintiff,

v.

Case No. 2:25-cv-824-KCD-KRH

ANNA LADANYI, MICHAEL TARTAR,

Defendants.

_______________________________/

**ORDER**

Defendants have filed for Chapter 7 bankruptcy. (Doc. 27.) Accordingly, it is **ORDERED** that:

1. Under 11 U.S.C. § 362, this case is automatically **STAYED**. The Clerk is directed to add a stay flag to the docket and terminate any deadlines.

2. Plaintiff may reinstate its claims to active status by filing a motion at the conclusion of the bankruptcy proceedings, should the claims not be resolved by those proceedings. If the claims are resolved, Plaintiff must promptly move to dismiss its claims.

3. Plaintiff must file a status report regarding the bankruptcy proceedings by **March 15, 2026**, and every six months thereafter.

**ORDERED** in Fort Myers, Florida on September 14, 2026.

Kyle C. Dudek
United States District Judge